UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

| | |
|---|---|
| JAIME LUEVANO, | Case No. 15-CV-0477 (SRN/FLN) |
| Petitioner, | |
| v. | **ORDER** |
| HILLARY R. CLINTON, Ex Secretary of State; U.S. TEXAS JUDGES; STATE TEX. JUDGES; and HIGH RANK U.S. CONGRESS OFFICIALS, | |
| Respondents. | |

---

Petitioner Jaime Luevano — a prisoner incarcerated in Kenedy, Texas — has filed a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241. *See* ECF No. 1. This Court has no authority to grant Luevano the relief he seeks, however, as he is not incarcerated in this District, but instead at a Texas state prison located in the Western District of Texas. *See* 28 U.S.C. § 2241(a). Indeed, this District appears to have no relation whatsoever to Luevano's ongoing detention. Accordingly, the Court orders that this action be transferred to the United States District Court for the Western District of Texas for further consideration by a court of that district. *See* 28 U.S.C. § 1406(a) ("The district court of a district in which is filed a case laying venue in the wrong division or district shall dismiss, or if it be in the interest of justice, transfer such case to any district or division in which it could have been brought.").

**ORDER**

Based on the foregoing, and on all of the files, records, and proceedings herein, IT IS HEREBY ORDERED that this action be TRANSFERRED to the United States District Court for the Western District of Texas pursuant to 28 U.S.C. § 1406(a).

Dated: February  23 , 2015                              s/Susan Richard Nelson
                                                        Susan Richard Nelson
                                                        United States District Court Judge